UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK ALLEN FAGIN,

                Petitioner,

     v.

STATE OF WASHINGTON,

             Respondent.

CASE NO. 2:20-cv-00415-RSM-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)      The Court ADOPTS the Report and Recommendation.

(2)      The habeas petition is dismissed with prejudice and issuance of a certificate of appealability is denied. Plaintiff's motions for exhaustion and to show cause are denied.

(3)      The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

ORDER OF DISMISSAL - 1

1

2    Dated this 18th day of May, 2020.

3

4

5    _____
     RICARDO S. MARTINEZ
6    CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF DISMISSAL - 2